UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



*32933*

Index no : 13 CV 0098
Date Index Number Purchased: 01/04/2013

| Plaintiff(s): | JASON and JUSTIN FOLEY |
|---|---|
| | vs. |
| Defendant(s): | TOWN OF YORKTOWN, N.Y. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

**Charles Lenetz**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/11/2013 at 1:06 PM, I served the within **Summons and Complaint; Electronic Case Filing Rules and Instructions; and the Individual Practices of Judge Vincent L. Briccetti with the index#13 CV 0098 endorsed thereon on TOWN OF YORKTOWN, N.Y.** at ATTN: Alice E. Roker, 363 Underhill Avenue , Yorktown Heights, NY 10598 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **ALICE ROKER, VILLAGE CLERK** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **TOWN OF YORKTOWN, N.Y.**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 40 | 5ft 7in – 5ft 9in | 140–150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on 01/14/2013

Ellen Eakley
Notary Public, State Of New York
No. 01EA5085889
Qualified in WESTCHESTER
Commission Expires 09/29/13

X _____
Charles Lenetz
J and E Process Service, Inc.
35 McDougal Drive
N. White Plains,NY 10603
914-328-1069
Atty File#: