UNITED STATES DISTRICT OURT
SOUTHERN DISTRICT OF NEW YORK

JASON SWART and JUSTIN FOLEY,

          Plaintiffs,

-against-

TOWN OF YORKTOWN, N.Y.,

          Defendant.

STIPULATION EXTENDING
TIME TO ANSWER

13 CV 0098

Judge Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-13

IT IS HEREBY STIPULATED AND AGREED that defendant's time to answer, appear, move or plead with respect to the Complaint shall be extended until March 4, 2013; and it is

FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and when each of the parties hereto has executed and delivered one or more counterparts, this Stipulation shall be binding and effective, even though no single counterpart has been executed by all parties. Facsimile signatures shall have the same force and effect as originals.

DATED:    January 31, 2013

Jonathan Lovett, Esq.
Attorney for Plaintiffs
305 Old Tarrytown Road
White Plains, New York 10603
(914) 686-4500
Email: jlovett@lovett-law.com

Jennette Koster
Town Attorney of the Town of Yorktown
Attorney for Defendant
363 Underhill Avenue
Yorktown Heights, NY 10598
(914) 962-5722, ext. 266
Fax: (914) 962-3473
Email: jkoster@yorktownny.org

SO ORDERED:

U.S.D.J.

February 6, 2013
White Plains, NY